UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, SR., Plaintiff, v. K. GIBBS, Defendant. | No. 2:23-cv-1312-DC-EFB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 31, 36) |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 36. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2026 (ECF No. 36) are ADOPTED;
2. Defendant's motion for summary judgment (ECF No. 31) is GRANTED; and
3. The Clerk of the Court is directed to enter judgment in favor of Defendant and close the case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge